## United States District Court
## District of Minnesota

| | |
|---|---|
| Jer Lee, | Court file no. 11-cv-01240 (JNE-SER) |
| Plaintiff, | |
| v. | **Notice of Dismissal with Prejudice** |
| Enhanced Recovery Company, LLC, and Does 1-10, | |
| Defendants. | |

It is hereby stipulated and agreed to by Plaintiff and her attorney that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice, without costs, disbursements, or attorney fees to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

**The Ryder Law Firm, LLC**

Date: June 27, 2011

s/ Randall P. Ryder
Randall P. Ryder (#389957)
125 Main Street SE, #250
Minneapolis, MN 55414

phone • 612.424.3770
fax • 612.605.3247
e-mail • email@theryderlawfirm.com

Attorney for Plaintiff