# United States District Court
## District of Minnesota

| | |
|---|---|
| Jer Lee, | Court file no. 11-cv-01240 (JNE-SER) |
| Plaintiff, | |
| v. | **Order of Dismissal with Prejudice** |
| Enhanced Recovery Company, LLC, and Does 1-10, | |
| Defendants. | |

The court having been advised that the above-entitled action has been resolved, **it is ordered** that the above-entitled action against Defendants shall be and hereby is **dismissed with prejudice**, without costs, disbursements, or attorney fees to any party.

**Let judgment be entered accordingly**.

Date: 6-29-2011          s/ Joan N. Ericksen
                         Joan N. Ericksen, Judge
                         United States District Court